UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                  Case No. 17-21251-EPK
SUSTAINABLE AQUACULTURE INITIATIVE, LLC           Chapter 11
EIN#46-4381218,
      Debtor.                                                            /

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO BANKRUPTCY RULE 1007(a)(1)**

COMES NOW, DEBTOR, SUSTAINABLE AQUACULTURE INITIATIVE, LLC, by and through its undersigned representative and counsel, hereby files this disclosure of Corporate Ownership pursuant to Bankruptcy Rule 1007(a)(1), and for grounds therefore would state:

Sustainable Aquaculture Initiative, LLC ("SAI") has no ownership interest in any other entities. As a LLC SAI is controlled by its members. The two members of Sustainable Aquaculture Initiative, LLC are as follows: Florida Aquaculture Foundation, Inc. with a 51% interest and Florida Organic Aquaculture, LLC with a 49% interest.

Verified this 5th day of September, 2017.

SUSTAINABLE AQUACULTURE INITIATIVE, LLC

By: _____
Clifford Morris, Member's Manager

I hereby certify that I am admitted to the Bar of the United States District Court For the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

MARKARIAN & HAYES
Attorney for the Debtor
2925 PGA Blvd., Suite 204
Palm Beach Gardens, FL 33410
Telephone: (561) 626-4700
Fax: (561) 627-9479

By: _____
MALINDA L. HAYES, ESQUIRE
Florida Bar No. 0073503

1